CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DGL GROUP, LTD.,<br><br>           Plaintiff,<br><br>v.<br><br>C&A MARKETING, INC.,<br><br>           Defendant. | Civil Action No. 2:13-cv-7845 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff DGL Group, Ltd. and Defendant C&A Marketing, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: May 29, 2014
        Edison, New Jersey

The Dallal Firm, PC

By: _____
Uri Dallal
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 08837
Phone: 732-650-1551
Fax: 347-514-9995
Email: uri@dallalfirm.com
*Attorneys for Plaintiff DGL Group, Ltd.*

Sokol, Behot & Fiorenzo

By: _____
Michael R. Olszak
433 Hackensack Avenue
Hackensack, NJ 07601
Phone: 201-488-1300
Fax: 201-488-2460
Email: mrolszak@sbflawfirm.com
*Attorneys for Defendant C&A Marketing, Inc.*

6/2/14 SO ORDERED

_____
Hon. Faith S. Hochberg, U.S.D.J.